In the Matter of the Application of the UNITED STATES OF
AMERICA, Respondent.

CENTURY INDEMNITY COMPANY, Appellant.

Argued January 8, 1940; decided January 23, 1940.

96

*Leo T. Kissam* and *J. Francis Hayden* for appellant. The government failed to show any default, delinquency or misconduct on the part of the property clerk. (*People ex rel. Blatchford* v. *McAdoo,* 101 App. Div. 183; 181 N. Y. 547; *Matter of Williams* v. *Darling,* 67 Misc. Rep. 205; *United States* v. *Rogde,* 214 Fed. Rep. 283; *Dowler* v. *Johnson,* 225 N. Y. 39; *Walsh* v. *Trustees of New York & Brooklyn Bridge,* 96 N. Y. 427; *Bieling* v. *City of Brooklyn,* 120 N. Y. 98; *Donovan* v. *McAlpin,* 85 N. Y. 185; *City of New York* v. *Fox,* 189 App. Div. 440; 232 N. Y. 167; *People ex rel. Nash* v. *Faulkner,* 107 N. Y. 477; *U. S. Fidelity & Guaranty Co.* v. *United States,* 91 Fed. Rep. [2d] 848; *Duboff* v. *Haslan,* 195 App. Div. 117; *People* v. *Pennock,* 60 N. Y. 421.)

*John T. Cahill, United States Attorney* (*Richard Delafield* of counsel), for respondent. The payment was improper. (*Czieslik* v. *Burnet,* 57 Fed. Rep. [2d] 715; *Maryland Casualty Co.* v. *Charleston Lead Works,* 24 Fed. Rep. [2d] 836; *United States* v. *Snyder,* 149 U. S. 210; *Matter of Rosenberg,* 269 N. Y. 247; *United States* v. *American Exchange Irving Trust Co.,* 43 Fed. Rep. [2d] 829; *Duboff* v. *Haslan,* 195 App. Div. 117; *Heinricks* v. *Schmidt,* 68 Fed. Rep. 425; *United States* v. *Anchor Warehouses,* 92 Fed. Rep. [2d] 57.)

*Per Curiam.* The motion papers contain allegations sufficient to empower the court in its discretion to grant to the United States leave to sue. We pass on no other question. Whether on the facts and the law the United States has a cause of action must await trial of the action.

The order should be affirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ., concur.

Order affirmed.